**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOMAIN LISTINGS LLC, a Nevada Limited Liability Company; and MICHAEL FELLING, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>DOMAIN DIRECTORY LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case Number:<br>2:24-cv-00814-JCM-MDC<br><br>**MOTION TO REMOVE COUNSEL FROM THE SERVICE LIST** |

Brian R. Hardy, Esq. and Harry L. Arnold, Esq. of the law firm of Marquis Aurbach, hereby respectfully request and move the Court that Mr. Hardy and Mr. Arnold be removed from the CM/ECF Service List. As this Court is aware, per the Substitution of Attorney (ECF No. 13, attached hereto as **Exhibit 1**), filed into this matter on April 28, 2025, Plaintiffs Domain Listings LLC and Michael Felling substituted Jason F. Lather, Esq., of Lather Law, as counsel of record in lieu of the undersigned firm and its attorneys (with said Substitution signed by (1) Mr. Hardy and Mr. Arnold, (2) Mr. Lather, and (3) Mr. Felling on behalf of himself individually and on behalf of Domain Listings LLC).

//

//

MAC: 17488-013 (#5878331.3)

Hence, good cause exists to grant the instant Motion, and remove the email addresses of bhardy@maclaw.com and harnold@maclaw.com from the service list.

Dated this 7th day of May, 2025.

MARQUIS AURBACH

By */s/ Harry L. Arnold*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145

**ORDER**

**IT IS SO ORDERED**

Dated this 9th day of May, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

MAC: 17488-013 (#5878331.3)